UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

AARON EVANS,

Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

Defendant.

No. CV-12-5061-RHW

JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. Defendant's Motion for Summary Judgment is DENIED. The Commissioner's decision denying Plaintiff benefits is **REVERSED**, and this case is **REMANDED** for further proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

///

///

///

DATED: August 18, 2014

SEAN F. McAVOY
Clerk of Court

By: *s/Cheryl Cambensy*
Deputy Clerk

**2 | JUDGMENT IN A CIVIL CASE**